**Order filed September 19, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00644-CV**

_____

**IN THE INTEREST OF E.D.S., A CHILD**

---

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2013-24757**

---

## O R D E R

The notice of appeal in this case was filed August 21, 2019 by M.S. (Father). To date, the filing fee of $205.00 has not been paid. No evidence that Father is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, Father is ordered to pay the filing fee of $205.00 to the clerk of this court on or before **September 30, 2019.** *See* Tex. R. App. P. 5. If Father fails to timely pay the filing fee, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Christopher, Spain, and Poissant.